

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angela Gonzales; Linda Boyd; Brandee Colombo | Civil Action No. 15cv1530-CAB-NLS |
| Plaintiff, | |
| V. | |
| Organogenesis, Inc.; Does 1-50 | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Organogenesis, Inc's motion for summary judgment is Granted. It is So Ordered.

Date: 6/5/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy