UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA GONZALES, an individual, LINDA BOYD, an individual and BRANDEE COLOMBO, an individual,, Plaintiff, v. ORGANOGENESIS, INC., a Delaware Corporation; and DOES 1-50, inclusive,, Defendant. | Case No.: 15cv1530-CAB-NLS **DISMISSAL WITH PREJUDICE** [Doc. Nos. 82, 84] |

Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE.**

It is **SO ORDERED**.

Dated: November 1, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge